## EWALT *v.* THE STATE.

*Simmons, C. J.*—1. The charge as to reasonable doubt was, in the absence of any request for more specific instructions on this subject, sufficiently full and accurate; and there was nothing to warrant a charge upon the law of involuntary manslaughter.

2. The evidence showing conclusively and beyond doubt that the accused intentionally and without provocation or justification shot at the deceased three times with a pistol, each shot taking effect, and the facts admitted by the accused in his statement, notwithstanding a naked assertion therein that the killing was accidental, showing that the homicide was committed as above stated, a charge to the effect that if the killing was the result of accident or misfortune the homicide was excusable, was more favorable to the accused than he had any right to demand, and the court's omission to define what would constitute accident or misfortune affords the accused no cause of complaint.

*Judgment affirmed.*

Argued October 10,—Decided October 26. 1896.

Indictment for murder. Before Judge Hart. Baldwin superior court. July term, 1896.

*Whitfield & Allen* and *W. C. P. Breckenridge,* for plaintiff in error. *J. M. Terrell, attorney-general, H. G. Lewis, solicitor-general,* by *Anderson, Felder & Davis* and *Roberts & Pottle,* contra.